IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

_____

| | |
|---|---|
| **SANDRA K. ELMORE** ) | |
| ) | |
| PLAINTIFF ) | Civil Action No. 1:14cv-00021-JHM |
| v. ) | CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| ) | |
| **RJM ACQUISITIONS, LLC;** ) | |
| **TD BANK, N.A.; and** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.** ) | |
| ) | |
| DFENDANTS ) | |

_____

## **ORDER**

A telephonic status conference was conducted in this action on September 9, 2014, with the undersigned presiding. Participating in the conference were Mr. James H. Lawson for the Plaintiff; Mr. Brantley C. Rowlen for the Defendant RJM Acquisitions; and, Ms. Uchechi Amadi-Ihebuzor for the Defendant Experian Information Solutions, Inc. Counsel for the parties advised they would like to submit a proposed scheduling order prior to conducting a scheduling conference.

Pursuant to the Federal Rules of Civil Procedure, the Court hereby **ORDERS**:

1. Magistrate Judge H. Brent Brennenstuhl will conduct a **Rule 16 Scheduling Conference** on **October 2, 2014, at 9:30 a.m., CDT.** The conference will be conducted **telephonically** with the Court to initiate the call. **Counsel who will try the case shall participate in the conference.** Exceptions to this requirement shall be with the

understanding that counsel who participate on behalf of any party (a) shall be fully prepared to discuss all aspects of the case with respect to the matters to be schedule, (b) shall be empowered to bind all counsel for that party with respect to dates agreed upon or ordered, and (c) shall have authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed. Fed. R. Civ. P. 16(c) and (f).

**If the parties fail to *TIMELY* file the written joint report required by paragraph 4 herein, the Rule 16 Scheduling Conference will not be telephonic, but shall be held in the chambers of H. Brent Brennenstuhl, U.S. Courthouse, 241 East Main Street, Bowling Green, Kentucky, on the day and time stated above.  *ALL* counsel of record and unrepresented parties shall attend in person.**

Requests for a change of the conference date shall be made to the Magistrate Judge's case manager, Kelly Lovell, at 270-393-2507.

    2.    The agenda for the conference shall include all of the items set forth in Rule 16(c), Federal Rules of Civil Procedure, including but not limited to:

    a.    The formulation and simplification of the issues.

    b.    Admissions of fact, stipulations and avoidance of cumulative evidence.

    c.    Consideration of the discovery plan and review of the automatic initial required disclosures.

    d.    The possibility of settlement or the use of alternative methods of dispute resolution, including mediation.

    e.    The need to adopt special procedures for managing potentially difficult or complex issues.

3. **No later than September 18, 2014,** counsel for the parties shall conduct the meeting of parties required by Rule 26(f) to discuss the nature and basis of their claims and defenses, the possibilities for a prompt settlement or resolution of the case, the exchange of initial disclosures required by Rule 26(a)(1) and to develop a proposed litigation plan.

4. **No later than September 26, 2014,** counsel for the parties shall file a written joint report outlining the proposed discovery plan.  This report shall substantially conform to Federal Rule of Civil Procedure Appendix Form 52 and shall advise the Court as to the following information:

   a. the parties' views and proposals required by Rule 26(f);

   b. the length of time counsel reasonably believes will be necessary to join other parties and to amend the pleadings;

   c. the length of time counsel reasonably believes will be necessary to file dispositive motions; in setting a dispositive motion deadline, the Court will establish the same date for the filing of Daubert motions;

   d. the length of time counsel reasonably believes will be necessary to complete all pretrial discovery, including expert witness discovery;

   e. the length of time counsel reasonably believes will be necessary for the parties to make the expert disclosures required by Rule 26(a)(2), with these disclosures to be made during the pretrial discovery phase of the case;

   f. the probable length of trial and whether there will be issues to submit to a jury;

   g. the dates that are mutually convenient with counsel to assign this case for trial; and

5. The joint report referred to in paragraph 4 should also contain a statement as to whether the parties have discussed referral of this case to the United States Magistrate Judge for all purposes in the case, including trial, entry of a final judgment, and all post judgment proceedings, pursuant to Title 28 United States Code, Section 636(c) and Rule 73 of the Federal Rules of Civil Procedure and L.R. 73.1. Should **all parties** agree to consent, the required form is attached for completion and subsequent filing with the Clerk of the Court.

6. If there is disagreement between the parties as to the specifics of the proposed litigation plan, the parties shall set out the nature of the disagreement in their joint report.

ENTERED this

Copies to: Counsel of Record

0|05

AO 85 Rev. 8/97) Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## Western District of Kentucky

Plaintiff

v.

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE-EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number:

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any or all further proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to _____ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_____     _____
  Date                                    Joseph H. McKinley, Jr., United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.